IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDONIS REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PRECAST LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 4:21-cv-213 |

**O R D E R**

The parties to this case recently participated in a settlement conference with the Magistrate Judge, where they were able to reach a global settlement agreement as to all of Plaintiff's claims (including one claim that arises under the Fair Labor Standards Act ("FLSA")).  (See doc. 143.) For the reasons stated on the record during the Court's December 4, 2023, telephonic hearing in follow up to that settlement conference, Defendant shall release to Plaintiff the funds, in the amount of $18,219.98, which are being held in defense counsel's escrow account and which are to be paid to Plaintiff and credited toward the global settlement of this case.  The Court notes that, during the hearing, the parties represented that: it is undisputed that $18,219.98 is the total amount of damages to which Plaintiff is entitled for his FLSA unpaid overtime wage claim; and all of the $18,219.98 will go directly to Plaintiff and no portion of that sum is intended as payment for Plaintiff's attorney's fees, which will be a separate figure and will be addressed in the parties'

forthcoming motion for settlement approval. The Court further notes that this early release of funds inures to the benefit of Plaintiff, whom the FLSA's court-review requirements are intended to protect, and the Court continues to retain discretion over whether to ultimately approve the settlement and dismiss the case.

**SO ORDERED**, this 5th day of December, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA